# Exhibit A

# To

# PETITION TO RECOGNIZE, CONFIRM
# AND ENFORCE A FOREIGN ARBITRATION AWARD

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 14, 2014.

Selected Entity Name: MARVEL ULUSLARARASI ISLETMECILIK VE TASIMACILIK LIMITED SIRKETI
Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | MARVEL ULUSLARARASI ISLETMECILIK VE TASIMACILIK LIMITED SIRKETI |
| DOS ID #: | 3766337 |
| Initial DOS Filing Date: | JANUARY 22, 2009 |
| County: | NEW YORK |
| Jurisdiction: | TURKEY |
| Entity Type: | FOREIGN LIMITED LIABILITY COMPANY |
| Current Entity Status: | ACTIVE |

Selected Entity Address Information
DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)
MARVEL ULUSLARARASI ISLETMECILIK VE TASIMACILIK LIMITED SIRKETI
FREEHILL HOGAN & MAHAR, LLP
80 PINE ST., ATTN:J.ROSS, ESQ.
NEW YORK, NEW YORK, 10005

Registered Agent
JAMES L. ROSS, ESQ.
C/O FREEHILL HOGAN & MAHAR, LLP
80 PINE STREET
NEW YORK, NEW YORK, 10005

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not

recorded and only available by <u>viewing the certificate.</u>

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 22, 2009 | Actual | MARVEL ULUSLARARASI ISLETMECILIK VE TASIMACILIK LIMITED SIRKETI |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

<u>Search Results</u>   <u>New Search</u>

<u>Services/Programs</u> | <u>Privacy Policy</u> | <u>Accessibility Policy</u> | <u>Disclaimer</u> | <u>Return to DOS Homepage</u> | <u>Contact Us</u>