**EXHIBIT A**

**TO DUFFY DECLARATION DATED APRIL 6, 2016**

# Ship Chartering

This site aims to inform readers on the Shipping Industry with emphasis on Ship Chartering, Sale and Purchase of Vessels, Bunker Cost for Ship Owners, Ship Brokers, Charterers and Traders as well as the Baltic Index

| | |
|---|---|
| The Daily Fixtures Report - 28/03/2011 | The Daily Fixtures Report - 01/12/2010 |
| The Daily Fixtures Report - 30/11/2010 | The Daily Fixtures Report - 29/11/2010 |
| The Daily Fixtures Report - 26/11/2010 | The Daily Fixtures Report - 25/11/2010 |



Enter your email address:
[ ] Subscribe
Delivered by FeedBurner



## Tuesday, September 08, 2009

### Metrostar keeps on selling vessels, booking losses

**Technorati Tags:** Baltic Dry Index, Baltic Dry Indices, Ship Chartering, Shipchartering, Voyage Fixtures, Time Charter Fixtures, Panamax, Capesize, Handymax, Handysize, Supramax, Dry Cargo Fixtures, Bulk Cargo Fixtures, Baltic Exchange, Freight Review, Maritime Baltic Index, TNT Freight Review, Metrostar, Newbuilding, Metrostar sells vessel, Goulandris Group, Anders Wilhelmsen, General National Maritime Transport Company, Aggelopoulos, Newbuilding Sale & Purchase

To search, type and hit enter

Tuesday, 08 September 2009

It seems that Metrostar is actively looking to offload most of its newbuildings as evidenced by the rate that the management of the Aggelopoulos-owned company is selling its vessels. According to estimates, the company is expected to lose almost $80 million from newbuilding contract and ship resales. The latest reported deal involves the sale of one more ship, a VLCC tanker, which is currently under construction at Daewoo Shipyards. Market sources indicate that the company agreed to sell "Crudemed", a 318,000-dwt tanker, to Taiwanese interest for a price tag of just $101 million. Should this deal is confirmed, then Metrostar will have booked a net loss of almost $30 million, since the company had ordered the vessel for $130 million.

Already, the company has sold six out of nine suezmax tankers it had ordered back in 2007 from South Korea's Hyundai Heavy Industries. Among the buyers of the newbuilding vessels is the Goulandris Group, Norway's Anders Wilhelmsen and Libya's General National Maritime Transport Company (GNMTC). It was the latest in a series of deals that Metrostar has signed, under which the company is expected to lose approximately $8-10 million for each vessel sold. The purchase price has been reportedly arranged around the $70-72 million for every tanker, while Metrostar had contracted them for a price tag of $80 million each. In a similar deal, N.Goulandris agreed for the acquisition of another pair of suezmaxes (in the beginning of July) for a price of about $140-144 million, while the price tag was similar for Anders Wilhelmsen as well, in a later agreement, with one of the ships expected to be delivered to their new owners in the beginning of next year.

It's the first time in recent years that Metrostar is booking losses from ships of newbuilding contracts resales. The company had developed an expertise in ordering and selling entire fleets before they actually hit the water. Of course, these contract resales were done with hefty premiums, since their value had been increased in the meantime (i.e. from the time they were contracted to the time they were sold), not to mention the fact that the buyer would be able to take delivery of them in much shorter time than if he had ordered them.

Such was the case for the sale of nine capesize bulk carriers from Metrostar in 2007, when they fetched $1.1 billion from Genco Shipping of Peter Georgiopoulos. Similar deals were also concluded with Eagle Bulk for kamsarmax bulkers, while earlier Metrostar had sold VLCCs. But, as the market shifted away from constant rallying and ship values dropped, the ability to book gains from new building contract resales also faded. As a result Metrostar is forced to make the best of it.

Maybe this prompted the mogul's company to cancel the delivery of 10 handysize dry bulk carriers, contracted with Jinse Shipyards of South Korea, as part of a 16-ship order. Officially, the reason was that the shipyard had violated part of the agreement. ==Out of the remaining six ships, two were actually sold to Marvel, a Turkish shipping company, while the==

**CATEGORIES**
- Baltic Dry Index
- Beijing 2008 Gold Medal Tally
- Bunker Prices
- Chartering Terms
- Definition
- News
- Olympic Medal Tally
- Olympics
- Shipping Terms
- Stowage Factor

**ARCHIVES**
- ▶ 2011 (1)
- ▶ 2010 (126)
- ▼ 2009 (1480)
  - ▶ December (12)
  - ▶ November (13)
  - ▶ October (16)
  - ▼ September (94)
    - The Daily Fixtures Report - 29/09/2009
    - The Daily Fixtures Report - 28/09/2009
    - Sinotrans: Shipping on slow path to recovery
    - Zim delays vessel orders; requests debt repayment ...
    - MOL revises down Q2 forecast
    - CLSL and MISC Bhd enter LNG jv
    - Dalian Daeyang Shipyard celebrates inauguration
    - The Daily Fixtures Report - 24/09/2009
    - MPA awards EcoSpec S$2m in funding

Sync **Google** Docs For Offline
WIRED
The beauty of Google Drive is that you can jump around from machine to machine, desktop to mobile, and access the latest revisions of your documents from anywhere. But that magic requires a network connection, and you may find yourself in places where ...

Google reaches into

final four will be delivered as planned during the second half of this year. Metrostar's investment programme also includes the building of seven more dry bulk carriers, all in Korean shipyards.

Posted by Editor at 11:32 PM
Labels: Baltic Dry Index, News

## Links to this post

## Create a Link

Newer Post          Home          Older Post

Your Ad Here

Revolv is a home automation hub that Google acquired 17 months ago; yesterday, Google announced that as of May 15, it will killswitch all the Revolvs in the field and render them inert. Section 1201 of the DMCA -- the law that prohibits breaking DRM...
Related Articles »

**Reminders come to Google**
The Verge
A few months after adding Reminders to Google Calendar on iPhone and Android, Google is bringing them to the web. Reminders will be rolling out to Calendar's web users this week, with the feature working basically the same way as it does on mobile
Related Articles »

**Google search now provides**
TechCrunch
Google's latest move in India may help increase access to healthcare information among millions of people. The company added healthcare information to its knowledge graph in the U.S. last year, to help people easily find quick information in response...
Related Articles »

powered by Google

### RECENT COMMENTS

Supramaxes glide up - April 5, 2016 - Nigel Lowry
DryShips reduces debt after clinching sale of three capes to George Economou - April 5, 2016 - Nigel Lowry
Singapore rolls out port concessions for bulk carriers - April 5, 2016 - Nigel Lowry
Navios Maritime Holdings facing lawsuit over recent $50m loan facility - April 5, 2016 - Nigel Lowry
Handies at year's high - April 4, 2016 - Nigel Lowry

Peterbilt Truck

Container giants join hands to end price war
Australia approves Newcastle coal-port deal
Topaz appoints new chief operating officer
Prisco vessel evades pirate attack
The Daily Fixtures Report - 23/09/2009
Grouping of national shipping associations declare...
STX Pan Ocean bags 25-year ore contract with Vale
Enter the Rotterdam Rules on world shipping trade ...
US academic highlights growing Chinese investment ...
Piracy expected to rise as monsoon ends
The Daily Fixtures Report - 22/09/2009
Asian shipping needs greater voice, says KR boss
NITC employs unarmed security guards
Improved satcoms offer targets Asia
ICS launches 'Shipping and CO2' website
Brazil rail plan aims to enhance Latin America-Asi...
World steel output up in Aug, China's at record
Shipping industry daunted by massive orderbook
South Korean shipbuilders join 'go green' race
Schaeffer: Zim not just owners' problem
Chevron Introduces First Marine Lubricant Designed...
'Father of shipmanagement' Vanderperre passes away...
Capesize market continues to slide
Singapore 'preparing for the upturn': Teo
Ennore Port to begin car exports in August 2010
Recovery in Risk Appetite Supports Commodities Pri